**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Marcus PLATER, Defendant–Appellant.**

No. 02–6260.

United States Court of Appeals,
Fourth Circuit.

Submitted April 25, 2002.

Decided May 8, 2002.

Marcus Plater, Appellant Pro Se. Bar-
bara Suzanne Skalla, Assistant United
States Attorney, Greenbelt, Maryland, for
Appellee.

Before WILLIAMS and KING, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

Marcus Plater seeks to appeal the dis-
trict court's order denying his motion filed
under 28 U.S.C.A. § 2255 (West Supp.
2001). We have reviewed the record and
the district court's opinion and find no
reversible error. To the extent that Plater
challenges the constitutionality of 21
U.S.C.A. § 841(b) (West 1999 & Supp.
2001), this claim fails as we have upheld
the constitutionality of § 841(b). *United
States v. McAllister*, 272 F.3d 228 (4th
Cir.2001). Accordingly, we deny a certifi-
cate of appealability and dismiss the ap-
peal on the reasoning of the district court.

*United States v. Plater*, Nos. CR–99–559; CA–01–1489 (D.Md. Jan. 18, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*